NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CORNING INCORPORATED,**
*Appellant*

v.

**DSM IP ASSETS B.V.,**
*Appellee*

---

15-1068
(Serial no. IPR2013-00049 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

O R D E R

Upon consideration of the unopposed joint motion filed by appellee, DSM IP Assets B.V. to extend time to file appellee's principal brief until March 23, 2015 and appellant's reply brief until April 16, 2015,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

February 20, 2015        /s/ Daniel E. O'Toole
                         Daniel E. O'Toole
                         Clerk of Court

cc: Kyle E. Friesen
Michael L. Goldman
Sharon A. Israel
Joseph A. Mahoney
Richard A. McGuirk
Erick J. Palmer